CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>16222 PARAMOUNT, LLC, a California Limited Liability Company; GONNA ENTERPRISE, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 2:20-CV-02412-PA-PVC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 16222 Paramount, LLC, a California Limited Liability Company and Gonna Enterprise, Inc., a California Corporation, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 22, 2020        CENTER FOR DISABILITY ACCESS

                    By:   /s/Amanda Lockhart Seabock
                          Amanda Lockhart Seabock
                          Attorney for Plaintiff

1